UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO. 04-280S

| | |
|---|---|
| WELLS FARGO HOME MORTGAGE | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOHN S. OVALLES, RUTH M. OVALLES, HOUSEHOLD MORTGAGE SERVICES, UNITED STATES OF AMERICA and STATE OF RHODE ISLAND DEPARTMENT OF ADMINISTRATION – DIVISION OF TAXATION, | ) |
| Defendants. | ) |

**DEFENDANTS, JOHN S. OVALLES and RUTH M. OVALLES, AFFIDAVIT OF WAIVER OF SERVICE**

We, John S. Ovalles and Ruth M. Ovalles, hereby state the following in support of this affidavit:

1. We, John S. Ovalles and Ruth M. Ovalles, received a copies of the Summons and Complaint sometime in 2004.

2. Upon receipt, we brought it to the attention of our attorney, who upon review and investigation, informed us that the only parties with an interest in the surplus proceeds were the other junior lien holders made defendants in this case. Therefore, we did not answer or otherwise defend this action.

3. We have recently learned from Plaintiff's counsel that this Court has requested proof of proper service upon us.

4. In an effort to cure any technically deficient service, we, John S. Ovalles and Ruth M. Ovalles, hereby waive service in the above-referenced matter so as to facilitate the resolution of the surplus proceeds.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 23rd DAY OF MAY, 2005.

John S. Ovalles

Ruth M. Ovalles

STATE OF RHODE ISLAND AND THE PLANTATIONS

__________, ss. May 23Rd, 2005

On this 23rd day of May, 2005, before me, the undersigned Notary Public, personally appeared John S. Ovalles and Ruth M. Ovalles, proved to me through satisfactory evidence of identification, which was RI LICENSE, to be the persons whose names are signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of their knowledge and belief.

Notary Public
My Commission Expires: 8.13.06