UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WELLS FARGO HOME MORTGAGE<br><br>Plaintiff,<br><br>v.<br><br>JOHN S. OVALLES, RUTH M. OVALLES, HOUSEHOLD MORTGAGE SERVICES, UNITED STATES OF AMERICA, and STATE OF RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION<br><br>Defendants. | C.A. No. 04-280S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 12, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Request for Default Judgment is GRANTED. Judgment shall enter against the Ovalles, "effectively waiving any rights and/or claims that [they] may have to surplus proceeds from a foreclosure sale as outlined in the [Amended] Complaint ...," Request at 1, and restraining them from instituting any action for the recovery of such proceeds or any part thereof,

see Amended Complaint at 4.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/14/05