UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WELLS FARGO HOME MORTGAGE<br><br>Plaintiff,<br><br>v.<br><br>JOHN S. OVALLES, RUTH M. OVALLES, HOUSEHOLD MORTGAGE SERVICES, UNITED STATES OF AMERICA, and STATE OF RHODE ISLAND DEPARTMENT OF ADMINISTRATION - DIVISION OF TAXATION<br><br>Defendants. | ) | C.A. No. 04-280S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on September 12, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Request for Default Judgment is GRANTED. Judgment shall enter against the Ovalles, "effectively waiving any rights and/or claims that [they] may have to surplus proceeds from a foreclosure sale as outlined in the [Amended] Complaint ...," Request at 1, and restraining them from instituting any action for the recovery of such proceeds or any part thereof,

see Amended Complaint at 4.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 10/14/05