UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WELLS FARGO HOME MORTGAGE, )
Plaintiff )
v. ) C.A. No. 04-280S
)
JOHN S. OVALLES, RUTH M. OVALLES, )
HOUSEHOLD MORTGAGE SERVICES, )
INTERNAL REVENUE SERVICE, and )
STATE OF RHODE ISLAND DEPARTMENT )
OF ADMINISTRATION-DIVISION OF )
TAXATION, )
Defendants. )

RECEIVED
OCT 31 2005
Property of U.S. District Court
District of Rhode Island

**SECOND REVISED**
**STIPULATION AND ORDER**

The plaintiff, Wells Fargo Home Mortgage, having deposited the interpleaded funds into an interest-bearing account; and a default judgment having been entered on October 14, 2005, against the defendants, John S. Ovalles and Ruth M. Ovalles; the remaining defendants, the United States of America, on behalf of its agency, the United States Internal Revenue Service, the State of Rhode Island Division of Taxation, and Household Mortgage Services, hereby stipulate and agree as follows:

1. The funds deposited by the plaintiff, Wells Fargo Home Mortgage, into an interest-bearing account in the amount of $112,753.82 plus interest, may be distributed as follows:

a. $59,089.01 to Household Mortgage Services by check payable to Household Mortgage Services, Taxpayer ID: 36-3440168, and forwarded to Harmon Law Offices, 150 California

Street, Newton, MA 02458;

b. $32,597.77 to the Rhode Island Division of Taxation by check payable to the State of Rhode Island, Division of Taxation, Taxpayer ID: 05-6000522, and forwarded to the Rhode Island Division of Taxation, One Capitol Hill, Providence, RI 02908-5890; and

c. the remaining balance of $21,067.04, plus any interest which has accrued in the account into which the funds have been deposited, to the United States Internal Revenue Service by check payable to the United States Department of Justice, Taxpayer ID No. 52-1109724, and forwarded to the United States Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

2. The parties agree that the above payments shall constitute full satisfaction of any and all claims that they may have to the interpleaded funds.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

RHODE ISLAND DIVISION OF TAXATION,
Defendant

By its attorney,

BERNARD J. LEMOS, ESQ. (#2837)
Senior Legal Counsel
One Capitol Hill
Providence, RI 02908-5800

HOUSEHOLD MORTGAGE SERVICES,
Defendant

By its attorneys,

RAYMOND C. PELOTE, ESQ. (#6665)
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389

BY ORDER:

CLERK

ENTER:

WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE
11/2/05