UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. 04-280S

**WELLS FARGO HOME MORTGAGE,**

**Plaintiff**

**v.**

**JOHN S. OVALLES, RUTH M. OVALLES, HOUSEHOLD MORTGAGE SERVICES, INTERNAL REVENUE SERVICE, and STATE OF RHODE ISLAND DEPARTMENT OF ADMINISTRATION-DIVISION OF TAXATION,**

**Defendants.**

RECEIVED

Clerk of U.S. District Court
District of Rhode Island

**STIPULATION OF DISMISSAL**

Now come the Plaintiff and the Defendants in the above-entitled action and move that this Honorable Court dismiss this action with prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

**HOUSEHOLD MORTGAGE SERVICES,**
Defendant
By Its Attorneys,

Raymond C. Pelote
RIBA #6665
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

DATED: November 22, 2005

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 12/6/05

**RHODE ISLAND DIVISION OF TAXATION,**
Defendant
By Its Attorneys,

Bernard J. Lemos, Esq.
RIBA #2837
Senior Legal Counsel
One Capitol Hill
Providence, RI 02908-5800

DATED: November 30, 2005

**UNITED STATES OF AMERICA,**
Defendant
By Its Attorneys,

ROBERT CLARK CORRENTE

Michael P. Iannotti
Assistant U.S. Attorney

DATED: ~~November~~ DECEMBER 5, 2005

**WELLS FARGO HOME MORTGAGE,**
Plaintiff
By Its Attorneys,

Joseph G. Butler, Esq.
RIBA #5312
Barron & Stadfield, P.C.
50 Staniford Street
Boston, MA 02114
(617) 723-9800

DATED: November 25, 2005